LAW LIBRARY

NO. 28670

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JOHN BILLAM-WALKER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR NO. 06-1-1931)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellant John Billam-Walker's application for writ of certiorari, filed November 30, 2009, is hereby rejected.

DATED:  Honolulu, Hawai'i, January 11, 2010.

FOR THE COURT:

Chief Justice

---

[1]  Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.

-1-